```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0251--CV (JWS)
                        "GREAT DIVIDE INS CO V PEPPERS CONSTR ET AL"

                   Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 10/28/05
             Closed: NO

        Jurisdiction: (4) Diversity (see citizenship of parties)
       PLF Diversity: (4) Incorporated or Principal Place of Business in This State
       DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

      Nature of Suit: (110) Insurance
                     28:2201
              Origin: (1) Original Proceeding
              Demand: 75
          Filing fee: Paid $250.00 on 10/28/05 receipt # 00126903
            Trial by:
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | GREAT DIVIDE INSURANCE CO | Roger F. Holmes<br>Biss & Holmes<br>3948 Clay Products Drive<br>Anchorage, AK 99517-1014<br>907-248-8013<br>FAX 907-243-6695 |
| DEF 1.1 | PEPPERS CONSTRUCTION INC | Kenneth A. Norsworthy<br>733 W. 4th Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-1000<br>FAX 907-276-4125 |
| DEF 2.1 | ZIMMERMAN, JOE | No counsel found for this party! |
| DEF 3.1 | ZIMMERMAN, JENNIFER | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0251--CV (JWS)
                       "GREAT DIVIDE INS CO V PEPPERS CONSTR ET AL"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/28/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (110) Insurance
                     28:2201
             Origin: (1) Original Proceeding
             Demand: 75
         Filing fee: Paid $250.00 on 10/28/05 receipt # 00126903
           Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 10/28/05 | Complaint filed; Summons issued. |
| 2 - | 1 | 11/08/05 | PLF 1 Notice of proof of svc of complaint for declaratory relief & summons on defs.  Exh A is correspondance from cnsl for DEF 2& 3 accepting svc & from cnsl for DEF 1 accepting svc on 11/4/05. |
| 3 - | 1 | 11/09/05 | DEF 1 Attorney Appearance of K. Norsworthy. |
| 4 - | 1 | 11/15/05 | PLF 1; DEF 1 Stipulation for ext of time until 12/30/05 for Peppers to file response to cmplt. |
| 4 - | 2 | 11/17/05 | JWS Order approving stip for ext of time until 12/30/05 for Peppers to file response to cmplt (4-1). cc: cnsl |