Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
Attorneys for Plaintiff
Great Divide Insurance Company

```
                    FILED
              US DISTRICT COURT
              DISTRICT OF ALASKA

              2005 DEC 23 PM 3:33
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. A05-251 CV (JWS)<br>) |
| PEPPERS CONSTRUCTION, INC., JOE ZIMMERMAN AND JENNIFER ZIMMERMAN, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### STIPULATION TO DISMISS WITH PREJUDICE

The parties to this action stipulate that the complaint, including all claims, cross-claims or counterclaims which relate to the matters described in the complaint and which could have been raised in this action, are dismissed with prejudice with each side to bear its own costs and attorney's fees.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

DATED: 12/13/05

By: _____
Roger F. Holmes
Alaska Bar No. 7011060

Law Office of Kenneth A. Norsworthy, LLC, Attorneys for Defendant Peppers Construction, Inc.

DATED: 12/23/05

By: *[signature]*
Kenneth A. Norsworthy
Alaska Bar No. <u>7705055</u>

Law Offices of G.R. Eschbacher, Attorneys for Defendants Joe and Jennifer Zimmerman

DATED: 12-16-05

By: *[signature]*
Justin Eschbacher
Alaska Bar No. <u>0111061</u>

**FILED**
DEC 29 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

12-27-05
*[signature]*

---

A05-0251--CV (JWS)    12-29-05
----------------------------------------
R. HOLMES (BISS)
K. NORSWORTHY
J. ESCHBACHER

STIPULATION TO DISMISS
GREAT DIVIDE V. PEPPERS
CASE NO. A05-251 CIVIL                    2